IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 5:25-CR-50083 |
| | ) | |
| SILAS SMITH | ) | |

**FINAL ORDER OF FORFEITURE**

On February 26, 2026, a Preliminary Order of Forfeiture was entered in this case in accordance with Fed.R.Crim. P. 32.2(b). (Doc. 24). In the Preliminary Order of Forfeiture, an iPhone Pro Max, S/N: Unknown, seized in connection with the investigation, was forfeited to the United States pursuant to Title 18 U.S.C. § 2253.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853(n)(1). On June 22, 2026, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. The deadline for filing claims was May 4, 2026. No third-party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on February 26, 2026, shall become final at this time.

IT IS SO ORDERED this 21st day of September, 2026.

____________________________________

HONORABLE TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE